# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-3812 JEM | Date | September 7, 2016 |
|---|---|---|---|
| Title | MAYRA SEGURA v MIDLAND CREDIT MANAGEMENT INC | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (In Chambers) ORDER RE VOLUNTARY DISMISSAL (Docket No. 17)

The Court is in receipt of the Voluntary Dismissal filed by plaintiff Mayra Segura. The Court orders this case dismissed with prejudice.

|  | : |
|---|---|
| Initials of Preparer | sa |